UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JESSE MYRON SYERRA, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 5:25-CV-05020-KES <br><br> ORDER FOR SERVICE |

Petitioner, Jesse Myron Syerra, has filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Doc. 1). From a reading of the motion, the court cannot determine that "it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court" warranting summary dismissal pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court. Therefore, it is hereby

ORDERED that the Clerk of Court will deliver or serve a copy of the motion on the United States Attorney for the District of South Dakota. It is further

ORDERED that the United States Attorney for the District of South Dakota will serve and file an answer or responsive pleading to the motion, together with a legal brief or memorandum, on or before April 25, 2025.

ORDERED that Petitioner may file a reply brief within 14 calendar days after service of the responsive brief pursuant to SECT 2255 Rule 5 and D.S.D. Civ. LR 7.1(B).

DATED this 26th day of March, 2025.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge